```
             FILED            RECEIVED
             ENTERED          SERVED ON
                      COUNSEL/PARTIES OF RECORD

                   SEP 2 7 2022

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
         BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:22-mj-00754-VCF |
| DIEGO CARDIEL-VILLALOBOS, ) | **ORDER** |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6)</u> days of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 27th day of September, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE