# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00754-VCF |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| DIEGO CARDIEL-VILLALOBOS,<br>    aka "Diego A Cardiel Villalobos"<br>    aka "Diego Aman Cardiel Villalobos"<br>    aka "Diego Armando Cardiel Villalobos"<br>    aka "Armando Cardiel-Villalobos"<br>    aka "Cardiel A Cardiel-Villalobos"<br>    aka "Diego Cardiel-Villalobos"<br>    aka "Diego A Cardiel-Villalobos"<br>    aka "Diego Arman Cardiel-Villalobos"<br>    aka "Diego Armon Cardiel-Villalobos"<br>    aka "Diego Cardiel-Villalobs"<br>    aka "Diego Armand Cariel-Villalobos"<br>    aka "Diego Acardiel Villalobos"<br>    aka "Diego Cardiel Villalobos,"<br>    aka "Diego Cardiel,"<br><br>    Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE